**ORIGINAL**

```
____FILED  ____ENTERED
____LODGED____RECEIVED

      SEP 17 2001   KN
           AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
  BY                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM,

        Plaintiff,

    v.

CHRISTOPHER J ZYDA,

        Defendant.

No. **C01-1448R**

COMPLAINT

Plaintiff Amazon com, by and through its counsel, alleges as follows·

## I.   JURISDICTION AND VENUE

1.  Plaintiff Amazon com is a Delaware corporation having its principal place of business in the State of Washington and is therefore a citizen of Washington and Delaware.  Upon information and belief, defendant Christopher Zyda (hereinafter "Mr. Zyda") is domiciled in Cupertino, California and is a citizen of California.

```
|||||||||||||||||||||||||||||||||||||||||||||||||||||||
|||||||||||||||||||||||||||||||||||||||||||||||||
CV 01-01448  #00000001
```

COMPLAINT - 1
[00000-0000/SL012600 034]

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
(206) 583-8888

2.  The amount in controversy exceeds the jurisdictional minimum inasmuch as both the value of the intellectual property in dispute and the damages that would result if defendant is not enjoined are greater than $75,000.

## II.   PARTIES

3    Plaintiff Amazon.com is the nation's most widely recognized on-line retailer.

4.    Mr Zyda is a former Treasurer of Amazon.com, and Vice President and Chief Financial Officer of Amazon com, International. Mr Zyda recently announced his intention to leave Amazon.com to become the Vice President for Financial Planning and Analysis and Investor Relations with eBay   eBay is headquartered in California and is one of Amazon.com's principal competitors in the Internet marketplace.  On information and belief, Mr Zyda is to begin work at eBay on September 24, 2001.

## III.   BACKGROUND

5.    Mr. Zyda commenced work with Amazon.com on June 1, 1998 and remained with the company until his departure on September 7, 2001 for the position with eBay

6.    Throughout his three years of employment with Amazon com, Mr. Zyda had high-level access to some of Amazon com's most confidential proprietary and trade secret information.  This information is not generally available to those outside of Amazon.com, and even within the company was accessible only by a limited number of senior executives.  As a result of his position, Mr. Zyda, was—and is— uniquely and intimately familiar with Amazon.com's most confidential financial data,

COMPLAINT - 2
[00000-0000/SL012600 034]

financial plans, cost and pricing information for both vendors and customers, and the company's short and long-term business strategies

7.    When he joined Amazon com, Mr Zyda executed a Confidentiality Noncompetition and Invention Assignment Agreement ("Confidentiality Agreement") on or about May 20, 1998   Pursuant to Section 2 of the Confidentiality Agreement, Mr. Zyda agreed, *inter alia*, that he would not use or disclose Amazon.com's Confidential Information   Pursuant to Section 3 of the Confidentiality Agreement, Mr Zyda further agreed, that during the period of his employment and for 18 months following his employment, he would refrain from working for a competing business and from soliciting, directly or indirectly, Amazon com's customers

8.    Pursuant to Section 8 of the Confidentiality Agreement, Mr Zyda agreed that Washington law would apply to resolve any disputes arising under the Agreement.  Mr Zyda also consented to the exclusive jurisdiction of the state and federal courts in King County, Washington, in connection with any action relating to the Confidentiality Agreement

9.    eBay competes directly with Amazon.com for consumers and sellers who use the Internet to purchase and sell new and used retail goods.

10    Mr Zyda's employment as a high-level financial officer with eBay (a) would violate the Confidentiality Agreement; (b) threatens a misappropriation of Amazon.com's confidential information and trade secrets, (c) would provide eBay with an unfair advantage in competing with Amazon com, and (d) would threaten immeasurable harm to Amazon com through, among other things, potential loss of market share

COMPLAINT - 3
[00000-0000/SL012600 034]

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

11.     Mr Zyda possesses skills and work experience beyond the Internet commerce industry.  Excellent employment opportunities exist for Mr  Zyda with companies that do not compete with Amazon com and to whom Amazon.com's confidential information is not of any utility.

## FIRST CLAIM FOR RELIEF
### Breach of Contract/Noncompetition Obligations

12.     The allegations contained in paragraphs 1 to 11 are incorporated herein.

13.     In exchange for valid consideration, Mr  Zyda entered into the Confidentiality Agreement with Amazon com   Therein, he promised that he would not accept employment with a competing business of Amazon.com for a period of 18 months after terminating his employment   Amazon com has performed its obligations under the Confidentiality Agreement.

14.     Mr  Zyda has accepted employment with eBay, a direct competitor of Amazon com, in violation of his noncompetition obligations under the Confidentiality Agreement.

15.     As a consequence of this breach of contract, Amazon.com will suffer irreparable harm if Mr  Zyda is not enjoined from working for eBay

## SECOND CLAIM FOR RELIEF
### Breach of Contract and Washington Common Law/Confidentiality Obligations

16     The allegations contained in paragraphs 1 to 15 are incorporated herein.

17.     In exchange for valid consideration, Mr. Zyda entered into the Confidentiality Agreement with Amazon com   Therein, Mr. Zyda promised, among other things, that he would refrain from ever using or disclosing Amazon com's

COMPLAINT - 4
[00000-0000/SL012600 034]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
(206) 583-8888

confidential information outside his employment with Amazon com   Amazon.com
has performed its obligations under the Confidentiality Agreement.

18      During his employment with Amazon.com, Mr Zyda had access to
confidential information belonging to Amazon com. Mr. Zyda learned of this
confidential information within the context of his confidential relationship with
Amazon com. Mr. Zyda's high-level position with eBay will require him to use and/or
disclose Amazon.com's confidential information

19.      This use and/or disclosure will proximately cause injury to Amazon.com
in violation of the Confidentiality Agreement and Washington law   If this threatened
breach of confidentiality is not enjoined, Amazon.com will suffer irreparable harm.

### THIRD CLAIM FOR RELIEF
### Misappropriation of Trade Secrets

20.      The allegations contained in paragraphs 1 to 19 are incorporated herein.

21      During his employment with Amazon.com, Mr Zyda had access to
trade secrets belonging to Amazon com. Mr. Zyda's employment with eBay as a high-
level financial officer threatens a misappropriation of Amazon.com's trade secrets,
thereby proximately causing injury to Amazon com in violation of the Uniform Trade
Secrets Act, Chapter 19 108 RCW.

22.      If this threatened misappropriation is not enjoined, Amazon.com will
suffer irreparable harm

### RELIEF REQUESTED

WHEREFORE, plaintiffs pray for relief against defendant as follows:

A.      An injunction prohibiting defendant Christopher Zyda from
commencing employment with eBay or any other competitor of plaintiff.

COMPLAINT - 5
[00000-0000/SL012600 034]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

B.     Judgment against defendant for all actual and consequential damages as may be provided by law, including attorneys' fees.

C.     For such other and further relief as this Court deems just and proper

DATED this 17th day of September, 2001.

**PERKINS COIE LLP**

By _____

　　　Jeffrey A. Hollingsworth, WSBA #11853
　　　James Sanders, WSBA #24565

**AMAZON.COM**
　　　David A Zapolsky, WSBA #22451

Attorneys for Amazon.com

COMPLAINT - 6
[00000-0000/SL012600 034]

# VERIFICATION

I, David Zapolsky declare:

1.     I am Associate General Counsel-Litigation of Amazon.com, a
corporation organized and existing under the laws of the State of Delaware, which is
the plaintiff in the above-entitled action, and I have been authorized to make this
verification on its behalf.

2.     I have read the foregoing Complaint on file herein and know the
contents thereof. The same is true of my own knowledge, except as to those matters
which are therein stated on information and belief, and as to those matters I believe
them to be true.

I declare under penalty of perjury under the laws of the State of Washington
that the foregoing is true and correct.

EXECUTED at Seattle, Washington on the 17th day of September, 2001.

David A. Zapolsky

COMPLAINT - 7
[/SL012600034 DOC]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888